No. 281. BASS *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *John Bolt Culbertson* for petitioner.

No. 286. MILES ET AL. *v.* TOMLINSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *George W. Ericksen* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Bernard J. Schoenberg* for respondent.

No. 290. KLINE ET AL. *v.* STEWART OIL CO. ET AL. C. A. 7th Cir. Certiorari denied. *Willis P. Ryan* for petitioners. *Charles Wham* and *Ralph D. Walker* for respondents.

No. 293. CARL W. MULLIS ENGINEERING & MANUFACTURING CO., INC., *v.* NICHOLSON. C. A. 4th Cir. Certiorari denied. *Jennings Bailey, Jr.* for petitioner. *Robert W. Beach* for respondent.

No. 295. GUIDARELLI, ALIAS QUINDARELLI, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leonard J. Litz* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.

No. 296. RENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard R. Booth* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.